IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                            No. CV 16-0588 WJ/KRS
                                                                      CR 13-3892 WJ

ANTHONY BARELA,

    Defendant/Movant.

## **SUPPLEMENTAL ORDER TO FILE PRESENTENCE REPORT**

**THIS MATTER** is before the Court sua sponte. Upon review of the record in this cause, the Court is cognizant of the fact that this Court's predecessor previously Ordered [Doc. 9] the parties to submit, by filing or by email to this Court's predecessor, the Presentence Report that was utilized in connection with the Defendant/Movant's sentencing in case number CR-13-3892 WJ. The Court takes judicial notice of the fact that the Presentence Report has not been filed. Due to the retirement of this Court's predecessor, the undersigned is not able to determine whether the Defendant/Movant complied with the Order [Doc. 9] by emailing the Presentence Report as directed in the previous Order.

**IT IS, THEREFORE, ORDERED** that within ten (10) days of entry of this Order

Defendant/Movant, through counsel, file the Presentence Report and any addenda under seal.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE